UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

FLORICA FERSEDY,

                Plaintiff,

    -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, PROTECTIVE SERVICES FOR
ADULTS; NEW YORK CITY POLICE DEPARTMENT;
DR. MARTHA LINK; ANDREA BOONE, Social
Worker, SGT. CYNTHIA SHEPPY; and P.O. ROBERT
McDONALD,

                Defendants.
------------------------------------------------------------

01 CV 6484 (ARR)

NOT FOR
ELECTRONIC OR
PRINT PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated May 20, 2005 from the Honorable Lois Bloom, United States Magistrate Judge. No objection has been made to Magistrate Judge Bloom's report. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).[1] Accordingly, the court dismisses plaintiff's case with prejudice.

---

[1] As recounted in Judge Bloom's report, plaintiff has failed to appear for court-ordered conferences and depositions on several occasions. The court notes that plaintiff was notified, by order dated April 21, 2005, that failure to appear for her scheduled May 2, 2005 deposition would result in the dismissal of her case with prejudice. The court sent plaintiff a copy of that order by overnight delivery on April 21, 2005. For plaintiff's reference, a copy of the airbill for the April 21, 2005 mailing is attached. Also attached is a record from Federal Express indicating delivery on April 22, 2005.

1

The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

                                                                  Allyne R. Ross
                                                                  United States District Judge

Dated: June 9, 2005
       Brooklyn, New York

The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

_____
Allyne R. Ross
United States District Judge

Dated: June 7, 2005
    Brooklyn, New York

SERVICE LIST:

Plaintiff *Pro Se*
Florica Fersedy
32-49 37th St.
Astoria, NY 11103

Attorney for Defendants
Leah Bynon
Assistant Corporation Counsel
New York City Law Department
100 Church St.
New York, NY 10007

**cc:** **Magistrate Judge Lois Bloom**

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE.

# FedEx US Airbill

FedEx Tracking Number: 8507 6632 0102

## 1 From
Date: 9/21/05
Sender's FedEx Account Number: 1506-2096-1
Sender's Name: Len Kamdang
Phone: (718) 260-4590
Company: US DISTRICT COURT
Address: 225 CADMAN PLZ E RM 130
City: BROOKLYN   State: NY   ZIP: 11201-1818

## 2 Your Internal Billing Reference

## 3 To
Recipient's Name: Floria Persody
Phone: ( )
Company:
Recipient's Address: 32-49 37th Street
Address:
City: Astoria   State: NY   ZIP: 11103

## 4a Express Package Service
- [x] FedEx Standard Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 4b Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

## 5 Packaging
- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes, As per attached Shipper's Declaration
- [ ] Yes, Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

## 7 Payment Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages    Total Weight    Total Declared Value
                                  $         .00

## 8 Sign to Authorize Delivery Without a Signature

0298933174

466

## Track Shipments
# Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 850766320102 | **Delivered to** | Residence |
| **Signed for by** | Signature release on file | **Service type** | Standard Envelope |
| **Ship date** | Apr 21, 2005 | | |
| **Delivery date** | Apr 22, 2005 10:57 AM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 22, 2005 | 10:57 AM | Delivered | | No signature required - release waiver on file |
| | 8:21 AM | On FedEx vehicle for delivery | MASPETH, NY | |
| | 7:19 AM | At dest sort facility | JAMAICA, NY | |
| | 7:18 AM | At local FedEx facility | MASPETH, NY | |
| | 4:17 AM | Departed FedEx location | NEWARK, NJ | |
| Apr 21, 2005 | 10:43 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 9:33 PM | Left origin | BROOKLYN, NY | |
| | 7:32 PM | Picked up | BROOKLYN, NY | |

[ Signature proof ]   [ Track more shipments ]

**Email your detailed tracking results (optional)**

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From [                    ]
To   [                    ]

Add a message to this email.

[ Send email ]